

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00181-CV

| | | |
|---|---|---|
| In re Philip T. Pixler | § | Original Proceeding |
| | § | From the 271st District Court |
| | § | of Wise County (CV17-10-820) |
| | § | July 26, 2018 |
| | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the petition for writ of mandamus filed by Relator Philip T. Pixler and is of the opinion that relief should be denied in part and conditionally granted in part.

We deny Philip T. Pixler's petition insofar as he challenges the district court's subject-matter jurisdiction over the City's claims for injunctive relief, to recover civil penalties, and for violating the TUFTA.

We conditionally grant Philip T. Pixler's petition insofar as he challenges the district court's subject-matter jurisdiction over the City's claim to enforce the administrative penalties. Accordingly, we direct the district court to set aside only

the portion of its March 27, 2018 "Summary Judgment Order and Permanent Injunction" in which it ordered "that, pursuant to Texas Local Government Code § 54.044, the [City] is entitled to enforcement of the administrative penalties assessed against [Pixler] totaling $8,000." A writ will issue only if the district court fails to do so.[1]

This Court's June 5, 2018 order staying the trial court proceedings in cause number CV17-10-820, styled *City of Newark, William Andrew Messer, Mack Reinwand, Ashley D. McSwain, Rene Culp, Pamela Thompson, Taylor Burton, and Jeanine M. Inman v. Philip T. Pixler*, pending in the 271st District Court of Wise County, Texas, is hereby lifted.

It is further ordered that relator Philip T. Pixler shall pay one-half of the costs of this proceeding and that real party in interest City of Newark shall pay one-half of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
Justice Bill Meier

---

[1]We deny Pixler's request to sanction the City in the amount of $80,000.